■ X-CELL REALTY ASSOCIATES, Respondent-Appellant, v INCORPORATED VILLAGE OF NORTH HILLS et al., Appellants-Respondents. [639 NYS2d 727]

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice O'Brien at the Supreme Court. Rosenblatt, J. P., Miller, Ritter and Sullivan, JJ., concur.